Dane W. Exnowski, SBN 281996
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Telephone: 562-661-5060
BK.CA@McCalla.com

Attorneys for Bank of America, N.A.

**FILED & ENTERED**

**MAY 01 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Fisher    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Edwin I. Guardia,<br><br><br><br><br><br><br><br><br><br><br><br>                                Debtor. | Case No. 1:18-bk-12337-MT<br><br>Chapter 13<br><br>**ORDER OVERRULING DEBTOR'S OBJECTION TO SECURED CLAIM OF BANK OF AMERICA, NATIONAL ASSOCIATION (CLAIM 5)**<br><br><u>Hearing:</u><br>Date:  4/23/2019<br>Time:  11:00 a.m.<br>Place: Courtroom 302<br>          21041 Burbank Boulevard<br>          Woodland Hills, CA 91367 |

On December 27, 2018, Edwin I. Guardia ("Debtor") filed his Objection to the Secured Claim of Bank of America, National Association (Claim 5) (the "Objection") [docket entry number 44]. Bank of America, N.A. timely filed its opposition to the Objection and its supplemental papers thereto, as more fully set forth on the docket.

The matter was heard by the Court at a continued hearing on April 23, 2019. Appearances were as noted on the record. The Court, having read and considered the pleadings, evidence, and documents on record, and having heard oral argument, hereby makes its order and follows:

///

///

///

**IT IS HEREBY ORDERED THAT:**

1. the Court hereby adopts and incorporates herein its notice of tentative ruling entered to the docket on April 24, 2019, as docket entry number 71 ("Ruling");

2. for the reasons set forth in the Ruling, the Debtor's Objection is hereby overruled in its entirety and Bank of America, N.A.'s Claim [claims register 5] is allowed.

**SO ORDERED.**

###

Date: May 1, 2019

*Maureen A. Tighe* (signature)
Maureen A. Tighe
United States Bankruptcy Judge