Alla Tenina, Esq. - SBN 224767
Tenina Law, Inc.
15250 Ventura Blvd, Suite 601
Sherman Oaks, CA 91403
Phone: (213)596-0265
Fax:    (310)774-3674
E-Mail: alla@teninalaw.com
Attorney for Edwin I. Guardia, Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | Chapter 13 |
| EDWIN I. GUARDIA, | Case No.: 1:18-bk-12337-MT |
| | **EDWIN I. GUARDIA'S DECLARATION ON WITHDRAWAL OF LOAN MODIFICATION REQUEST FROM THE PORTAL IN BANKRUPTCY FORUM** |
| Debtor. | |
| _____ | **HONORABLE MAUREEN A. TIGHE** |

---

**Edwin I. Guardia's Declaration on Withdrawal of Loan Modification Request - 1**

DECLARATION OF EDWIN I GUARDIA

I, Edwin Ivan Guardia, declare:

1. I'm the individual and for all the relevant times the Debtor in the Chapter 13 bankruptcy case titled in Edwin I Guardia Case No 1:18-bk-12337-MB currently pending before the United States Bankruptcy Court, Central District of California, San Fernando Valley Division.

2. I'm over eighteen years of age I have personal knowledge of the facts stated in this declaration and if called upon to testify thereto, I could and would do so competently and truthfully.

3. It was my intention to apply for a Loan Modification outside the Bankruptcy Proceedings after I received a letter by mail the last April 2019 to apply for Loan Modification by the Servicer Wells Fargo Bank. This Letter came as a Direct Result of the investigation conducted by myself after The Attorney Dan Exenowski who represented the secure creditor Bank of America Filed in this Court in march 29 2019 "BANK OF AMERICA   SUPPLEMENTAL OPPOSITION TO OBJECTION TO CLAIM, this Document of 75 pages  I found some of the **declarations and exhibits used to support this motion be void and fraudulent**. Among them the **Declaration of TALNEKA KIA WILSON (PAGES 7-8), The Assignments and the Loan Modification recorded in Los Angeles County Records   (PAGES 40-51) The Blank power of Attorney (PAGES 67-70).** I spoke with Michael Shanks employee for Bank of America and manager of the Individuals who signed the Blank power of Attorney, He apologized and informed me the Blank Power of Attorney I showed him doesn't belong to mine loan/deed of trust. He said he'd escalated with executives from Bank of America and Wells Fargo for a resolution. Few days later I received a phone call  from a Wells Fargo employee SARA ZEPP (800-853-8516)  with extension 133-552-6001 contacted me and Apologized for this issue and for the medical condition I'm suffering because of this ongoing problem having  with Wells Fargo among the Problems I'm having are : Wells Fargo's Computer Glitch  to put my Loan Account in  Foreclosure Proceedings, To force me under duress  into Bankruptcy  ruining my credit, Misrepresentation and the fraudulent documents used  for its counsel in This   BK proceeding, She Agree to assist me in to get me  a Fair Loan Modification including a Reduction of Principal and Interest of the 2% for the remaining of the Loan.

I told her in exchanged I will stop to appear in any subpoenas given by my congressman Brad Sherman to testify in the House Financial Committee about my experience with Wells Fargo.

4. I strongly believe I will get a better Terms in a Loan Modification outside the Bankruptcy Court, Besides I will submit the copy of my loan modification package to a third party company to verify the process, that's the main reason I'm withdrawing the Loan Modification started in the Bankruptcy.

I declare under penalty of perjury under the Laws of United States of America that the foreign is true and correct.

May 31 2019                                                                                      Edwin Ivan Guardia

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
15250 Ventura Blvd, Suite 601
Sherman Oaks, CA 91403

A true and correct copy of the foregoing document entitled (*specify*):    **EDWIN I. GUARDIA'S DECLARATION ON WITHDRAWAL OF LOAN MODIFICATION REQUEST FROM THE PORTAL IN BANKRUPTCY FORUM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/5/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Dane W Exnowski    dane.exnowski@mcalla.com, bk.ca@mcalla.com  -  Attorney for Bank of America, N.A.
Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
Alla Tenina    alla@teninalaw.com, jenny@teninalaw.com
Edward A Treder    cdcaecf@bdfgroup.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Robert P Zahradka    caecf@tblaw.com, RPZ@tblaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6/5/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
U.S. Bankruptcy Court
Honorable Martin R. Barash
21041 Burbank Blvd, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 2/26/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/5/2019 | Alla Tenina | /s/ Alla Tenina |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**